# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Tammie Walk, et al.

                        Plaintiff,

v.                                                 Case No.: 1:19−cv−05422

                                                           Honorable Gary Feinerman

Plastic & Reconstructive Surgery Center, SC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 22, 2021:

      MINUTE entry before the Honorable Gary Feinerman:With Defendants' consent, Plaintiff Jennifer Mansoori's motion for voluntary dismissal [76] is granted. Plaintiff Jennifer Mansoori's claims are dismissed without prejudice. Joint motion for approval of settlement agreements [77] is set for 3/29/2021 at 9:15 a.m. At the motion hearing, the court will ask for information regarding each collective member's estimated out−of−pocket wage loss. Mail notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.