**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Tammie Walk, et al.

                                Plaintiff,

v.                                                             Case No.: 1:19−cv−05422
                                                                              Honorable Gary Feinerman

Plastic & Reconstructive Surgery Center, SC, et al.

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 29, 2021:

      MINUTE entry before the Honorable Gary Feinerman:Motion hearing held. For the reasons stated on the record, joint motion for approval of settlement agreements [77] is granted. The 4/9/2021 status hearing [73] is stricken. The claims of Plaintiffs Walk and Estrada and Opt−In Suleiman are dismissed without prejudice. The dismissal will convert automatically to a with−prejudice dismissal if a motion to re−open is not filed by 4/23/2021. Civil case closed.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.